IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLARENCE LOGUE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV415-090
)
TODD MARTIN and JUNE FOGLE, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of May 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

filing_stamp
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 15 2015
CLERK
SO. DIST. OF GA